460

395 A.2d 999

Tirpak et al., Appellants, v. Maxwell et al.

Argued September 13, 1978.
Oldrich Foucek, III, for appellants; Joseph Hurley, for appellee, Maxwell; William P. Bried, for appellee, Lehigh County Community College.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

395 A.2d 999

United Electric Supply Company v. John W. Meyers & Associates, Inc., et al. (et al., Appellant).

Argued September 12, 1978.   Paul F. McHale, Jr., with him Paul C. Hensel, for appellant; L. Handler, with him Eric J. Wiener, for appellee, United Electric Supply Company.

Before CERCONE, SPAETH and LIPEZ, JJ.

OPINION PER CURIAM: Judgment reversed and case remanded for findings of fact on validity of assignment.